**CONSOL PA COAL CO.**

v.

**DEP**

**112 CD 2017**

Commonwealth Court of Pennsylvania.

08/02/2017

Environmental Hearing Board, 2016–155–B

Dismissed

**CICCOLINI, D.**

v.

**UCBR**

**1796 CD 2016**

Commonwealth Court of Pennsylvania.

08/03/2017

Unemployment Compensation Board of Review, B–591868

Affirmed

**SCHNELLER**

v.

**PHILADELPHIA DA**

**1313 CD 2016**

Commonwealth Court of Pennsylvania.

08/03/2017

Philadelphia County Civil Division, November Term 2015 No. 01166

Affirmed

**FRANKLIN COUNTY CHILDREN AND YOUTH SERVICES**

v.

**DHS (Sealed)**

**2086 CD 2016**

Commonwealth Court of Pennsylvania.

08/03/2017

Department of Human Services, Bureau of Hearings and Appeals, CL NO. 28–3969

Affirmed